UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAUREAN CARTER,

        Plaintiff,

Case No. 1:24-cv-828

Hon. Ray Kent

v.

UNKNOWN EDLINGER,

        Defendant.

_____/

**JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendant and against plaintiff Taurean Carter.

Dated:  August 26, 2025

        /s/ Ray Kent
        RAY KENT
        United States Magistrate Judge